# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| BARBARA MONTEITH, | No. 1:16-CV-03145-FVS |
|---|---|
| Plaintiff, | ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

**BEFORE THE COURT** is the Amended Report and Recommendation issued by Magistrate Judge Mary K. Dimke on October 3, 2017, ECF No. 23, recommending Plaintiff's Motion for Summary Judgment, ECF No. 15, be denied and Defendant's Motion for Summary Judgment, ECF No. 19, granted. Plaintiff filed objections to the Amended Report and Recommendation on October 17, 2017. ECF No. 24. Defendant responded to Plaintiff's objections on October 27, 2017. ECF No. 25.

After reviewing the Amended Report and Recommendation, the objections and the response, and relevant authorities; the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Amended Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

1. Plaintiff's Objections to Magistrate Judge Dimke's Amended Report and Recommendation, **ECF No. 24**, are **OVERRULED**.

2. The Amended Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its entirety.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 15,** is **DENIED**.

4. Defendant's Motion for Summary Judgment, **ECF No. 19,** is **GRANTED.**

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED November 1, 2017.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
